In Re:

LVL Technologies USA Inc.,

                Case No. 8:23-bk-04652-RCT
                Chapter 11

    Debtor.
_____/

## DEBTOR'S APPLICATION TO EMPLOY
## ERIK JOHANSON PLLC AS GENERAL BANKRUPTCY COUNSEL

> **NOTICE OF OPPORTUNITY TO OBJECT
> AND REQUEST FOR HEARING**
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 555, Tampa, Florida, 33602 within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

LVL Technologies USA, Inc. (the "Debtor" or "LVL"), by and through undersigned counsel and pursuant to Section 327 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014, applies to employ Erik Johanson PLLC (the "Firm") as general bankruptcy counsel for the debtor-in-possession in this case. In Support, the Debtor states as follows:

1.     The Debtor filed its voluntary petition for relief under Subchapter V of Chapter 11

of the Bankruptcy Code on October 18, 2023.

2. In order to comply with its duties as debtor-in-possession, the Debtor needs to retain the services of general bankruptcy counsel to prepare pleadings, papers, and other necessary filings and to represent the interests of the estate in this Chapter 11 bankruptcy case.

3. The Debtor has selected the Firm based on its experience and reputation as bankruptcy counsel.

4. The Firm has agreed to serve as counsel in such capacity and, specifically, to:

   a. Prepare necessary schedules, statements of financial affairs, and "first day" filings, papers, applications, and pleadings;

   b. Negotiate with creditors and attempt to reach a consensual plan of reorganization;

   c. Prepare and file Chapter 11 Plan and solicit acceptances of such Plan; and

   d. Perform other necessary services in connection with the Debtor's bankruptcy case.

5. The Firm has agreed to serve in such capacity in exchange for payment of its hourly fees and out-of-pocket expenses in an amount to be approved under Sections 330 and 331 of the Bankruptcy Code. As disclosed in the Declaration of Erik Johanson attached hereto as **Exhibit "A,"** the Firm was paid a pre-bankruptcy retainer of $21,738.00, of which $4,683.50 was used to work up and file the Debtor's bankruptcy petition, schedules, statement of financial affairs, and related filings, and $1,847.00 was used to pay the Chapter 11 filing fee and related out-of-pocket expenses. The remainder of the retainer, totaling $15,207.50, is held in trust as the Firm's bankruptcy retainer. Pursuant to Local Rule 2016-1(b), the Firm intends to apply the bankruptcy retainer to its monthly statements for attorneys' fees and out of pocket costs in the ordinary course

of business subsequent to the Petition Date, subject to interim and/or final approval under Sections 330 and 331 of the Bankruptcy Code. The Firm's currently hourly rates are $275 to $395/hr for attorneys and $125 - $150/hr for paraprofessional staff.

6. The Firm and its attorneys are disinterested, do not hold or represent an interest adverse to the Debtor's estate, and neither the Firm nor its attorneys have any connections to the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, except as set forth in the Declaration of Erik Johanson attached hereto as **Exhibit "A."**

WHEREFORE, the Debtor respectfully requests the entry of an order (a) approving this application, and (b) granting the parties such additional and further relief as is just and proper.

DATED this 23rd day of October 2023.

*/s/ Erik Johanson*
Erik Johanson, Esq.
Florida Bar No. 106417
Joseph R. Boyd, Esq.
Florida Bar No. 1039873
ERIK JOHANSON PLLC
3414 W. Bay to Bay Blvd
Suite 300
Tampa, FL 33629
(813) 210-9442
erik@johanson.law
jr@johanson.law
e-service@johanson.law
*Proposed Counsel for Debtor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the foregoing was served via CM/ECF service on all parties who receive electronic service in the ordinary course of business on this on this 23rd day of October 2023.

*/s/ Erik Johanson*
Erik Johanson, Esq.

3